# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
### DALLAS DIVISION

| | | |
|---|---|---|
| RMC PUBLICATIONS, et al. | § | |
| | § | |
| **Plaintiffs,** | § | CIVIL ACTION NO. 3:07-cv-2139-O |
| | § | |
| v. | § | |
| | § | |
| DOULOS PM TRAINING, et al., | § | |
| | § | |
| **Defendant.** | § | |

## ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS
## OF THE UNITED STATES MAGISTRATE JUDGE

After reviewing all relevant matters of record in this case, including the Findings, Conclusions, and Recommendation of the United States Magistrate Judge, and noting the absence of any objections thereto, in accordance with 28 U.S.C. § 636(b)(1), the undersigned District Judge is of the opinion that the Findings and Conclusions of the Magistrate Judge are correct and they are accepted as the Findings and Conclusions of the Court.

The Plaintiffs' Motion for Contempt is **GRANTED**. The Defendants' First Amended Answer (Document #43) is **ORDERED STRICKEN**.

Plaintiffs' are awarded all reasonable costs and attorney fees in this matter. Plaintiffs' are **ORDERED** to file an Notice of Costs and Attorney Fees establishes the award sought by attorney's affidavit or other proof sufficient in form and detail to support it.  This Notice shall be filed on or by July 27, 2009.

So ORDERED this 7th day of July, 2009.

_____
Reed O'Connor
**UNITED STATES DISTRICT JUDGE**